UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 11-20815-CR-SEITZ

UNITED STATES OF AMERICA

        Plaintiff,

vs.

KERRY MICHAEL DEEVY,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Garber on April 30, 2015. A Report and Recommendation was filed on June 9, 2015 recommending payment in the amount of $15,275.00 as to voucher number FLS121689. No objections to the Report have been filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Barry L. Garber, is hereby Adopted and Approved. The Court Authorizes payment in the amount of **$15, 275.00.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of June, 2015.

                                      PATRICIA A. SEITZ
                                      UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Garber
       Wahid Khurrum, Esq.
       Lucy Lara, CJA Administrator